**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-5168** |
| **v.** | : | |
| | : | |
| **SONJA LANDS** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 28th day of December 2016, upon consideration of Plaintiff's *motion to extend time to make service*, [ECF 3], it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall effectuate service upon Defendant Sonja Lands ("Defendant") in a manner consistent with Rule 4 of the Federal Rules of Civil Procedure ("Rule 4") on or before **January 30, 2016**. Failure to effect service may result in dismissal of all claims against Defendant pursuant to Rule 4(m).

                                                **BY THE COURT:**

                                                /s/ *Nitza I. Quiñones Alejandro*
                                                **NITZA I. QUIÑONES ALEJANDRO**
                                                *Judge, United States District Court*