# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

SONJA LANDS; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-5168

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SONJA LANDS the above process on the 9 day of January, 2017, at 10:52 o'clock, AM, at 1458 NORTH 56TH STREET PHILADELPHIA, PA 19131, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____   )
                                              ) SS:
County of _Berks_____              )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158058
Case ID #: 4783456

Subscribed and sworn to before me this _10_ day of _Jan_____, 20_17_.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO-BA

# USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>5622-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703753188703<br>9171999991703753188703 | LANDS, SONJA<br>1458 North 56th Street<br>Philadelphia, PA 19131 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753188710<br>9171999991703753188710 | LANDS, SONJA<br>713 S 52nd Street<br>Apt 6<br>Philadelphia, PA 19143 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753188727<br>9171999991703753188727 | LANDS, SONJA<br>1804 Menominee Dr<br>Oshkosh, WI 54901 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753188734<br>9171999991703753188734 | LANDS, SONJA<br>4321 Soda Creek Road<br>Apt 4<br>Oshkosh, WI 54901 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| Page Totals | 4 | | 10.08 | 19.40 | | | 29.48 |
| Cumulative Totals | 4 | | 10.08 | 19.40 | | | 29.48 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____  Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C        Certified
ERR    Return Receipt



**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 JAN. 17. 2017
$ 001.95⁰

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling | Actual Value | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Sonja Lands<br>1458 North 56th Street<br>Philadelphia, PA 19131 | | | | | | | | | | | |
| 2. | Sonja Lands<br>713 S. 52nd Street<br>Apt 6<br>Philadelphia, PA 19143 | | | | | | | | | | | |
| 3. | Sonja Lands<br>1804 Menominee Drive<br>Oshkosh, WI 54901 | | | | | | | | | | | |
| 4. | Sonja Lands<br>4321 Soda Creek Road<br>Apt 4<br>Oshkosh, WI 54901 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office
Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2) — Complete by Typewriter, Ink, or Ball Point Pen

USA-158058   Philadelphia County   Sale Date:

SONJA LANDS

RCO-Book to Britani Augustin