# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

SONJA LANDS; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-5168

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SONJA LANDS the above process on the 9 day of January, 2017, at 10:52 o'clock, AM, at 1458 NORTH 56TH STREET PHILADELPHIA, PA 19131, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__

County of __Berks__      ) SS:

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158058
Case ID #: 4783456

Subscribed and sworn to before me this __10__ day of __Jan__, 20__17__.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO-BA

USPS Manifest Mailing System                                    Page   1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number | Class of Mail |
| | 5622-1 | Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703753188703<br>9171999991703753188703 | LANDS, SONJA<br>1458 North 56th Street<br>Philadelphia, PA 19131 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753188710<br>9171999991703753188710 | LANDS, SONJA<br>713 S 52nd Street<br>Apt 6<br>Philadelphia, PA 19143 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753188727<br>9171999991703753188727 | LANDS, SONJA<br>1804 Menominee Dr<br>Oshkosh, WI 54901 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703753188734<br>9171999991703753188734 | LANDS, SONJA<br>4321 Soda Creek Road<br>Apt 4<br>Oshkosh, WI 54901 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |

| Page Totals | 4 | | 10.08 | 19.40 | | | 29.48 |
| Cumulative Totals | 4 | | 10.08 | 19.40 | | | 29.48 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____     Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)              Extra Service Codes:
                                       C      Certified
                                       ERR    Return Receipt



**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.95⁰
02 1W
0001391829 JAN. 17. 2017

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling | Actual Value | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Sonja Lands<br>1458 North 56th Street<br>Philadelphia, PA 19131 | | | | | | | | | | | |
| 2. | | Sonja Lands<br>713 S. 52nd Street<br>Apt 6<br>Philadelphia, PA 19143 | | | | | | | | | | | |
| 3. | | Sonja Lands<br>1804 Menominee Drive<br>Oshkosh, WI 54901 | | | | | | | | | | | |
| 4. | | Sonja Lands<br>4321 Soda Creek Road<br>Apt 4<br>Oshkosh, WI 54901 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: ⑥
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-158058   Philadelphia County   Sale Date:

SONJA LANDS

RCO - Book to Brittni Augustn

# PROOF OF PUBLICATION OF NOTICE IN THE LEGAL INTELLIGENCER

Under Act of May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA,  } ss.:
COUNTY OF PHILADELPHIA

STEPHANIE MURRAY, being duly sworn, deposes and says that The Legal Intelligencer is a daily newspaper published at One Penn Center at Suburban Station, 1617 John F. Kennedy, Philadelphia, Pennsylvania 19103, and was established in said city in 1843, since which date said legal newspaper has been regularly issued in said county, that it has been issued daily since September 4, 1933, and that it was entered at the Philadelphia Post Office under the Postal Laws and Regulations as second class matter in the United States mails on July 19, 1879; that The Legal Intelligencer is a daily legal newspaper complying in all respects with the Newspaper Advertising Act of May 16, 1929, P.L. 1784, its amendments and supplements; and that a copy of the printed notice or publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal newspaper on the following dates, viz.: _____

_____ January 26 , A.D. 20 17

Affiant further deposes and says that she is an employee of the publisher of said legal newspaper and has been authorized to verify the foregoing statement and that she is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*Stephanie Murray* (signature)

Sworn to and subscribed before me this 26th day of January, 20 17

*Jennifer M. McCullough* (signature)
Notary Public

Philadelphia, Philadelphia County

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JENNIFER M. McCULLOUGH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 6, 2019

OFFICE:
One Penn Center at Suburban Station
17th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**Copy of Notice or Publication**

**In The United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05168
Notice of Action in Enforced Collections**

United States of America, Plaintiff vs. Sonja Lands, Defendant
**To: Sonja Lands, Defendant, whose last known address is 1458 North 56th Street, Philadelphia, PA 19131.** This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, United States of America, has filed an Enforced Collections Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05168, wherein Plaintiff seeks to enforce collections. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. **Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333.** Thomas I. Puleo, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.

1-26-1



City and State PA, LLC
325 Chestnut St. Suite 1110
Philadelphia, PA 19106
State of Pennsylvania, County of Philadelphia

I,___Allison Murphy___, being duly sworn and say, I am the___F

___City and State PA, LLC___ published in ___Philadelphia, F

printed copy of which is attached hereto, was printed and publishe

newspaper on the following date(s): 1/26/17 .

Allison Murphy, Finance and Office Manager for City and State PA,

Hereby subscribed and sworn to before me on this 26 day of ,

Notary Public

MY COMMISSION EXPIRES ON 5/31/17

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
DEBORAH SINNI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 31, 2017

---

In The United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05168
Notice of Action in Enforced Collections
United States of America, Plaintiff vs.
wSonja Lands, Defendant

To: Sonja Lands, Defendant, whose last known address is 1458 North 56th Street, Philadelphia, PA 19131. This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, United States of America, has filed an Enforced Collections Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05168, wherein Plaintiff seeks to enforce collections. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333. Thomas I. Puleo, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.