UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
                                        Plaintiff

v.                                                          No. 16-05168

SONJA LANDS,
                                        Defendant

## DEFAULT JUDGMENT

AND NOW, this _23rd_ day of _February_, 2017, it appearing by

Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of

Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo,

Esquire, that the Complaint in the above-captioned action was filed in the Court on Wednesday,

September 28, 2016 and, after due service of process on Defendant, SONJA LANDS, according

to law, no appearance, answer or other defense has been served or filed by or on behalf of

Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf

of its Agency, the Department of Education, and against Defendant, SONJA LANDS, in the

amount of $4,390.40.  Judgment is to accrue interest at the current legal rate, compounded

annually until paid in full.

Date:  1/23/17

                                                    Clerk, United States District Court
                                                    EasternDistrict of Pennsylvania

                                   By:    _Richard Sabol_
                                                    Deputy Clerk